UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80569-CIV-MIDDLEBROOKS/JOHNSON

CHRISTOPHER BUCKSTEIN,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER REQUIRING THE PARTIES TO FILE A STIPULATION FOR DISMISSAL**

This Cause comes before the Court upon the Notice of Settlement filed by Plaintiff on March 14, 2008 (DE 56). The Court commends the parties for the amicable resolution of this matter and has reviewed the pertinent portions of the file and is otherwise fully informed in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the parties shall comply with this Court's Pretrial Scheduling Order and file a Stipulation of Dismissal in this matter on or before **March 24, 2008**, or **SHOW CAUSE** in writing why they cannot comply with the terms of the Notice of Settlement as previously represented to the Court. As provided in that Order, the parties shall attend all hearings and abide by all time requirements unless and until an order of dismissal is filed.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 20th day of March, 2008.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to counsel of record